PS 42
(Rev 7/93)

# United States District Court

### Western District of Tennessee

FILED BY _____ D.C.

05 JUN -9 PM 3: 35

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

**United States of America**        )
                                     )
                 vs                  )
                                     )
Debra Franklin                       )        Case No. 05-20076

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Debra Franklin, have discussed with Angela K. Yates, Pretrial Services Officer, modification of my release conditions as follows:

1) Participate in mental health treatment if deemed advisable by the Pretrial Services Office

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/25/05   _____  4/26/05
Signature of Defendant    Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  4/25/05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 5/2/05

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____  May 2, 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-10-05

(45)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20076 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT