IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 3:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

vs.                                                          No. 05 - 20076 - B

DEBRA FRANKLIN,

      Defendant.

### ORDER ON MOTION TO WITHDRAW REPRESENTATION

This cause came before the Court upon the June 24, 2005 motion of counsel for the defendant to withdraw his representation. For good cause shown, counsel's motion is granted and Randall P. Salky is relieved of further representation in cause numbers 05-20076-B.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

6/30/05
_____
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CR-20076 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT