PS 42
(Rev 7/93)

FILED BY _____ CAS _____ D.C.

# United States District Court

## Western District of Tennessee

2005 AUG 18  AM 10: 35

THOMAS ~~~~~
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| United States of America | ) | |
|---|---|---|
|  | ) | |
| vs | ) | |
|  | ) | |
| Debra Franklin | ) | Case No. 05-20076-02 B |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Debra Franklin, have discussed with Angela K. Yates, Pretrial Services Officer, modification of my release conditions as follows:

1) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the Pretrial Services Office

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/11/05    _____  8/12/05
Signature of Defendant    Date       Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  Aug. 11 '05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 8/15/05

[ ] The above modification of conditions of release is not ordered.

_____  August 15, 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-18-05

(58)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:05-CR-20076 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT